(No. 5992—

OTIS ELEVATOR COMPANY, Claimant, *vs*. STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed April 27, 1971.*

MCLAUGHLIN, KINSER AND BRYANT, Attorneys for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.